UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:14-CV-875-F

| | | |
|---|---|---|
| SHUMEANNA KING, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| RENT-A-CENTER, INC., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the parties' Consent Motion to Stay Litigation Pending Arbitration [DE-9]. Having reviewed the record in this matter, the court finds and concludes that the motion should be allowed.

It is therefore ORDERED that the motion is ALLOWED and this action is STAYED until the dispute at issue in this action is arbitrated in accordance with the terms of the January 5, 2013, Arbitration Agreement executed by Plaintiff Shumeanna King and attached as Exhibit B to the motion. The parties are ORDERED to submit a status report of the arbitration proceedings no later than June 1, 2015, and every 90 days thereafter, until such proceedings are concluded.

SO ORDERED. This the 19th day of February, 2015.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge