IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:14-CV-875-F

| | |
|---|---|
| SHUMEANNA KING, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>RENT-A-CENTER, INC., )<br>)<br>Defendant. )<br>) | **ORDER** |

This matter is before the court *sua sponte*. On October 10, 2016, Plaintiff filed a Notice of Settlement [DE 20], informing the court that she anticipated filing a voluntary dismissal of this action with prejudice within sixty days. More than sixty days have passed with no additional filings by either party.

Based on the foregoing, it is ORDERED that this action is DISMISSED without prejudice to any party to reopen should settlement not be consummated. Plaintiff is DIRECTED to file her notice of voluntary dismissal pursuant to Rule 41 of the Federal Rules of Civil Procedure **on or before January 3, 2017**.

SO ORDERED.

This the 19th day of December, 2016.

*/s/ James C. Fox*
JAMES C. FOX
Senior United States District Judge